UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

REBA JOHNSON,

        Plaintiff,

-vs-                            Case No. 3:21-cv-995-MMH-PDB

FLAGLER COUNTY SCHOOL
DISTRICT,

        Defendant.
_____/

## O R D E R

**THIS CAUSE** is before the Court on the Joint Motion for Entry of Consent Decree and Order and Supporting Memorandum of Law (Doc. 22; Joint Motion), filed on November 23, 2021. In the Joint Motion, Plaintiff Reba Johnson and Defendant Flagler County School District request that the Court approve and enter their proposed Consent Decree (Doc. 22-1) as an order of the Court to resolve this action. See Joint Motion at 1. Upon review of the Joint Motion, proposed Consent Decree, and record in this case, the Court finds that the Joint Motion is due to be granted. As such, with minor, editorial revisions, the Court will approve the Consent Decree and enter it in this case. Accordingly, it is

**ORDERED:**

1. The Joint Motion for Entry of Consent Decree and Order and Supporting Memorandum of Law (Doc. 22) is **GRANTED**.

2. The Court will enter the revised Consent Decree forthwith.

3. In accordance with paragraph 20 of the Consent Decree, Defendant's first weekly status update is due **December 13, 2021.**

4. Pursuant to paragraph 21 of the Consent Decree, the parties' first joint report is due **February 4, 2022**.

5. Upon entry of the Consent Decree, the Clerk of the Court is directed to terminate any pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 6th day of December, 2021.

**MARCIA MORALES HOWARD**
United States District Judge

lc11
Copies to:

Counsel of Record
Pro Se Parties