**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| REBA JOHNSON, | : |
| Plaintiff, | : |
| v. | : Case No. 3:21-cv-00995 |
| FLAGLER COUNTY SCHOOL DISTRICT, | : |
| Defendant. | : |

## NOTICE ON ATTORNEY'S FEES AND COSTS

On August 1, 2022, this Court directed the parties to confer in good faith on the amount of reasonable attorney's fees and costs, and it ordered the parties to notify the Court no later than September 2, 2022 if issues remain. Doc. 46. Thereafter, the Court granted an extension to September 16, 2022. Doc. 51. The parties submit this notice in response to the Court's order.

The parties have agreed on the amount of attorney's fees and costs the Defendant will pay to the Plaintiff ($40,000), and they are currently drafting a settlement agreement and release to memorialize their agreement. Accordingly, no assistance from the Magistrate Judge on the issue of Plaintiff's claim for attorney's fees and costs is necessary.

The parties are currently negotiating a potential resolution of the last remaining item in the Consent Decree which, if successfully negotiated, will result in a dismissal of this action.

| | |
|---|---|
| */s/ Kevin A. Golembiewski* <br> Kevin A. Golembiewski <br> Fla. Bar. No. 1002339 <br> Gina Fabiano <br> Fla. Bar. No. 23420 <br> Disability Rights Florida <br> 1000 N. Ashley Drive <br> Tampa, FL 33602 <br> 850-488-9071 ext. 9735 <br> keving@disabilityrightsflorida.org <br> *Counsel for Plaintiff* | */s/ Lisa Augspurger* <br> Lisa Augspurger <br> Fla. Bar. No. 8922459 <br> Bush & Augspurger, P.A. <br> 411 E. Jackson St. <br> Orlando, FL <br> 407-422-5319 <br> lja@bushlawgroup.com <br> slo@bushlawgroup.com <br><br> Kristy J. Gavin <br> Fla. Bar. No. 0798241 <br> Flagler Cty. School District <br> 1769 E. Moody Blvd., Bldg. 2 <br> Bunnell, FL 32110 <br> 386-437-7526, ext. 1105 <br> gavink@flaglerschools.com <br> *Counsel for Defendant* |

## **CERTIFICATE OF SERVICE**

I, Kevin Golembiewski, certify that a true and correct copy of the foregoing was served upon all counsel of record via e-filing.

Dated: September 16, 2022

/s/ *Kevin A. Golembiewski*
Kevin A. Golembiewski
Disability Rights Florida
1000 N. Ashley Drive
Tampa, FL 33602
