# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

REBA JOHNSON,

    Plaintiff,

v.   Case No. 3:21-cv-00995

FLAGLER COUNTY
SCHOOL DISTRICT,

    Defendant.

## **NOTICE OF SATISFACTION OF THE CONSENT DECREE**

This Court is currently exercising jurisdiction over this matter pursuant to the Consent Decree it entered on December 6, 2021.  Doc. 26. At this stage, jurisdiction should be terminated; Defendant has satisfied all the terms of the Consent Decree, including "provid[ing] [Plaintiff] an educational program in conformity with th[e] Consent Decree and the IDEA." *Id.* at 9–10 (providing that jurisdiction shall be terminated once Defendant provides Plaintiff such a program).

Respectfully submitted,

*/s/ Kevin A. Golembiewski*
Kevin A. Golembiewski
Fla. Bar. No. 1002339
Disability Rights Florida
1000 N. Ashley Drive
Tampa, FL 33602
850-617-9735
keving@disabilityrightsflorida.org

*Counsel for Plaintiff*

Dated: October 31, 2022

## **CERTIFICATE OF SERVICE**

I, Kevin Golembiewski, certify that a true and correct copy of the foregoing was served upon all counsel of record via e-filing.

Dated: October 31, 2022

/s/ *Kevin A. Golembiewski*
Kevin A. Golembiewski
Disability Rights Florida
1000 N. Ashley Drive
Tampa, FL 33602
